UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:   **CHANG H. CHOI**                Case No.:   **19-16317-JKS**

                                          Chapter:    **7**

                                          Judge:      **John K. Sherwood**

---

## NOTICE OF PROPOSED ABANDONMENT

---

Benjamin A. Stanziale, Jr., Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Jeanne A. Naughton, Clerk |
| --- | --- |
| | United States Bankruptcy Court |
| | 50 Walnut Street |
| | Newark, New Jersey 07102 |

If an objection is filed, a hearing will be held before the Honorable John K. Sherwood on June 11, 2019, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3D . (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of Property:  **23 Mariani Drive, Little Ferry, New Jersey**

                      **Current Market Value of Property: $600,000.00**
                      **Estimated Cost of Sale: $60,000.00**

Liens on property:  **Bank of New York – $825,728.00**

Amount of equity claimed as exempt:

Objections must be served on, and requests for additional information directed to:

Name:       Benjamin A. Stanziale, Jr., Trustee

Address:    29 Northfield Avenue, Suite 201, West Orange, New Jersey 07052

Telephone No.: (973) 731-9393

United States Bankruptcy Court
District of New Jersey

In re:                                                                           Case No. 19-16317-JKS
Chang H Choi                                                                     Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: May 13, 2019
                              Form ID: pdf905          Total Noticed: 8

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 15, 2019.
db             +Chang H Choi,    23 Mariani Drive,    Little Ferry, NJ 07643-1314
518149633      +Englewood Hospital & Medical,    350 Engle Street,    Englewood, NJ 07631-1898
518149635       Noah Bank fka Royal Asian Bank,    301 Old York Road,    Elkins Park, PA 19027
518149636      +SLS,    8742 Lucent Blvd., Suite 500,    Littleton, CO 80129-2816
518149637      +Unifund CCR Partners,    10625 Techwoods,    Cincinnati, OH 45242-2846

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 14 2019 00:04:54     U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 14 2019 00:04:50     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
518149634      +E-mail/Text: bankruptcydpt@mcmcg.com May 14 2019 00:04:50     Midland Funding, LLC,
                PO Box 939069,   San Diego, CA 92193-9069
                                                                                             TOTAL: 3

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2019 at the address(es) listed below:
              Benjamin A. Stanziale, Jr.    on behalf of Trustee Benjamin A. Stanziale, Jr.
               trustee@stanzialelaw.com,   nj45@ecfcbis.com
              Benjamin A. Stanziale, Jr.    trustee@stanzialelaw.com,   nj45@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York,
               as Trustee for CHL Mortgage Pass-Through Trust 2002-19, Mortgage Pass-Through Certificates,
               Series 2002-19 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Dong Sung Kim    on behalf of Debtor Chang H Choi kimchoikim@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
               York, as Trustee for CHL Mortgage Pass-Through Trust 2002-19, Mortgage Pass-Through Certificates,
               Series 2002-19 kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```